■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICARDO ESCALORIA, Appellant. [988 NYS2d 892]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Mondo, J.), rendered June 26, 2012, convicting him of criminal possession of a controlled substance in the seventh degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the forfeiture of United States currency in the sum of $10, to which he agreed as a condition of the subject negotiated plea agreement, is without merit (*see* CPL 220.50 [6]; *see generally People v Abruzzese*, 30 AD3d 219, 220 [2006]; *People v Sczepankowski*, 293 AD2d 212, 214 [2002]). Rivera, J.P., Balkin, Leventhal and Roman, JJ., concur.